B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

_____ District of _____

In re _____,                     Case No. _____
         *Debtor*

                                                  Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: _____                             Date filed: _____

Line of Business: _____                  NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party

_____
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*                     **Yes**   **No**

1. IS THE BUSINESS STILL OPERATING?                                                               ☐       ☐
2. HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH?                                               ☐       ☐
3. DID YOU PAY YOUR EMPLOYEES ON TIME?                                                            ☐       ☐
4. HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH?         ☐       ☐
5. HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH                   ☐       ☐
6. HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS?                                   ☐       ☐
7. HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH?                                       ☐       ☐
8. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH?                                    ☐       ☐
9. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE?                             ☐       ☐
10. HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH?                    ☐       ☐
11. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH?                    ☐       ☐
12. HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY?  ☐       ☐
13. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT?                                ☐       ☐

B 25C (Official Form 25C) (12/08)

| | | Yes | No |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☐ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☐ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☐ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☐ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☐ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☐   ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL INCOME**  $ _____

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month   $ _____

Cash on Hand at End of Month   $ _____

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   **TOTAL**   $ _____

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL EXPENSES**   $ _____

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*   $ _____

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*   $ _____

*(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH**   $ _____

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES**  $ _____

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES**  $ _____

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?  _____

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?  _____

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?  $ _____

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?  $ _____

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?  $ _____

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?  $ _____

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ | $ |
| EXPENSES | $ | $ | $ |
| CASH PROFIT | $ | $ | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ \_\_\_\_\_

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ \_\_\_\_\_

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ \_\_\_\_\_

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

July 30, 2011 through August 31, 2011

Account Number: 000000949088926

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00000310 DRI 201 211 24411 - NNNNNNNNNNN 1 000000000 62 0000
MNG FAMILY LP
DEBTOR IN POSSESSION
CASE #11-50054
1005 RIO CONCHO
MISSION TX 78574-2433



## CHECKING SUMMARY   Chase BusinessSelect Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $1,011.41 |
| Deposits and Additions | 8 | 7,475.00 |
| Checks Paid | 18 | - 5,308.68 |
| Fees and Other Withdrawals | 1 | - 17.00 |
| Ending Balance | 27 | $3,160.73 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/05 | Deposit | $1,150.00 |
| 08/09 | Deposit | 1,150.00 |
| 08/15 | Deposit | 1,150.00 |
| 08/19 | Deposit | 575.00 |
| 08/22 | Deposit | 1,150.00 |
| 08/22 | Deposit | 575.00 |
| 08/24 | Deposit | 575.00 |
| 08/30 | Deposit | 1,150.00 |
| **Total Deposits and Additions** | | **$7,475.00** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1055 ^ | | 08/01 | $50.05 |
| 1056 ^ | | 08/03 | 152.00 |
| 1058 *^ | | 08/01 | 400.00 |
| 1059 ^ | | 08/08 | 395.70 |
| 1060 ^ | | 08/02 | 333.00 |
| 1061 ^ | | 08/08 | 614.88 |
| 1064 *^ | | 08/09 | 152.00 |

Page 1 of 6

**CHASE**

July 30, 2011 through August 31, 2011

Account Number: 000000949088926

## BALANCING YOUR CHECKBOOK

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:   Step 1 Balance: $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total: $_____

3. Add Step 2 Total to Step 1 Balance.   Step 3 Total: $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

Step 4 Total: -$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance: $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

JPMorgan Chase Bank, N.A. Member FDIC

# CHASE

July 30, 2011 through August 31, 2011
Account Number: 000000949088926

## CHECKS PAID (continued)

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1065 ^ | 08/06 | 08/08 | 155.70 |
| 1066 ^ | | 08/09 | 460.52 |
| 1067 ^ | | 08/16 | 132.00 |
| 1068 ^ | | 08/25 | 650.00 |
| 1069 ^ | | 08/23 | 112.00 |
| 1070 ^ | | 08/23 | 217.42 |
| 1071 ^ | | 08/24 | 333.00 |
| 1072 ^ | | 08/25 | 599.10 |
| 1073 ^ | | 08/29 | 152.00 |
| 1074 ^ | | 08/31 | 49.31 |
| 1075 ^ | | 08/31 | 350.00 |

**Total Checks Paid**  $5,306.68

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.



## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/31 | Service Fee | $17.00 |

**Total Fees & Other Withdrawals**  $17.00

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 08/01 | $561.36 | 08/19 | 2,190.56 |
| 08/02 | 228.36 | 08/22 | 3,915.56 |
| 08/03 | 76.36 | 08/23 | 3,586.14 |
| 08/05 | 1,226.36 | 08/24 | 3,828.14 |
| 08/08 | 60.08 | 08/25 | 2,579.04 |
| 08/09 | 597.56 | 08/29 | 2,427.04 |
| 08/15 | 1,747.56 | 08/30 | 3,577.04 |
| 08/16 | 1,615.56 | 08/31 | 3,160.73 |

# CHASE 

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

July 30, 2011 through August 31, 2011
Account Number: 000000949088934

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00003202 DRI 201 211 24411 - NNNNNNNNNNN 1 000000000 68 0000
MNG FAMILY LP
DEBTOR IN POSSESSION
CASE #11-50054
1005 RIO CONCHO
MISSION TX 78574-2433

## CHECKING SUMMARY

Chase BusinessSelect Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $1,384.77 |
| Deposits and Additions | 21 | 8,636.04 |
| Checks Paid | 21 | - 8,136.46 |
| Electronic Withdrawals | 3 | - 225.57 |
| Fees and Other Withdrawals | 2 | - 18.18 |
| Ending Balance | 47 | $1,640.60 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/01 | Deposit | $461.00 |
| 08/01 | Deposit | 261.00 |
| 08/02 | Deposit | 545.56 |
| 08/02 | Deposit | 538.00 |
| 08/02 | Deposit | 245.00 |
| 08/05 | Deposit | 300.00 |
| 08/09 | Deposit | 825.42 |
| 08/15 | Deposit | 549.56 |
| 08/15 | Deposit | 309.00 |
| 08/15 | Deposit | 250.00 |
| 08/19 | Deposit | 421.00 |
| 08/19 | Deposit | 385.00 |
| 08/19 | Deposit | 213.00 |
| 08/22 | Deposit | 365.00 |
| 08/22 | Deposit | 328.50 |
| 08/24 | Deposit | 680.00 |
| 08/24 | Deposit | 417.00 |
| 08/30 | Deposit | 468.00 |

Page 1 of 8

**CHASE**

July 30, 2011 through August 31, 2011
Account Number: 000000949088934

## BALANCING YOUR CHECKBOOK

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:  Step 1 Balance: $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total: $_____

3. Add Step 2 Total to Step 1 Balance.  Step 3 Total: $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

Step 4 Total: -$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance: $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
  - Your name and account number
  - The dollar amount of the suspected error
  - A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

JPMorgan Chase Bank, N.A. Member FDIC

# CHASE

July 30, 2011 through August 31, 2011
Account Number: 000000949088934

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/30 | Deposit | 446.00 |
| 08/30 | Deposit | 419.00 |
| 08/30 | Deposit | 209.00 |
| **Total Deposits and Additions** | | **$8,636.04** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1077 ^ | | 08/01 | $1,300.23 |
| 1080 *^ | 08/01 | 08/01 | 246.28 |
| 1081 ^ | | 08/03 | 191.98 |
| 1082 ^ | | 08/08 | 395.70 |
| 1083 ^ | | 08/02 | 333.00 |
| 1087 *^ | | 08/08 | 60.00 |
| 1088 ^ | 08/08 | 08/08 | 255.78 |
| 1089 ^ | 08/08 | 08/08 | 191.62 |
| 1090 ^ | 08/15 | 08/15 | 213.58 |
| 1091 ^ | 08/15 | 08/15 | 241.72 |
| 1092 ^ | | 08/12 | 155.00 |
| 1094 *^ | | 08/22 | 717.94 |
| 1095 ^ | | 08/18 | 179.00 |
| 1096 ^ | 08/22 | 08/22 | 218.51 |
| 1097 ^ | 08/22 | 08/22 | 220.61 |
| 1098 ^ | | 08/25 | 650.00 |
| 1099 ^ | | 08/25 | 1,258.66 |
| 1100 ^ | | 08/25 | 496.11 |
| 1101 ^ | 08/29 | 08/29 | 255.13 |
| 1102 ^ | 08/29 | 08/29 | 205.61 |
| 1103 ^ | | 08/31 | 350.00 |
| **Total Checks Paid** | | | **$8,136.46** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.
* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.
^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/04 | Att Payment 530289001Csr1T Tel ID: 9864031003 | $61.78 |
| 08/17 | Att Payment 084683001Csr1G Tel ID: 9864031003 | 149.50 |
| 08/22 | Webfile Tax Portal 902Aa0008395103 CCD ID: 2146000311 | 14.29 |
| **Total Electronic Withdrawals** | | **$225.57** |

# CHASE

July 30, 2011 through August 31, 2011
Account Number: 000000949088934

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/31 | Cash Deposit Immediate | $1.18 |
| 08/31 | Service Fee | 17.00 |
| | **Total Fees & Other Withdrawals** | **$18.18** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 08/01 | $560.26 | 08/17 | 1,873.14 |
| 08/02 | 1,555.82 | 08/18 | 1,694.14 |
| 08/03 | 1,363.84 | 08/19 | 2,713.14 |
| 08/04 | 1,302.06 | 08/22 | 2,235.29 |
| 08/05 | 1,602.06 | 08/24 | 3,332.29 |
| 08/08 | 698.96 | 08/25 | 927.52 |
| 08/09 | 1,524.38 | 08/29 | 466.78 |
| 08/12 | 1,369.38 | 08/30 | 2,008.78 |
| 08/15 | 2,022.64 | 08/31 | 1,640.60 |

## SERVICE CHARGE SUMMARY

You were charged a monthly service fee this month. Your Chase BusinessSelect Checking monthly Service Fee can be waived in five different ways during any statement period:

- Maintain an average daily balance of $7,500.00. Your average daily balance was $1,610.00. **OR**
- Keep a minimum daily balance in your checking account of $5,000.00. Your minimum daily balance was $466.00 on 08/29/11. **OR**
- Link a qualifying personal checking account to your Chase BusinessSelect Checking account. You have no qualifying personal account linked. **OR**
- Spend at least $1,000.00 on a linked Chase Business Credit Card. You spent $0.00. **OR**
- Pay at least $50.00 in qualifying checking-related services of fees. You paid $1.18.

See your Account Rules and Regulations or stop in to see a banker today to find out more.

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 24 |
| Deposits / Credits | 21 |
| Deposited Items | 5 |
| **Transaction Total** | **50** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $17.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$17.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$17.00** |

| CASH PROCESSING | AMOUNT |
|---|---|
| Cash Deposits Immediate Verification | $8,291.00 |
| Cash Deposits Post Verification/Night Drop | $0.00 |
| **Cash Deposits Total** | **$8,291.00** |



**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

July 30, 2011 through August 31, 2011
Account Number: 000000949088967

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00001647 DRI 201 212 24411 - NNNNNNNNNNN 1 000000000 61 0000
MNG FAMILY LP
DEBTOR IN POSSESSION
CASE #11-50054
1005 RIO CONCHO
MISSION TX 78574-2433

## CHECKING SUMMARY    Chase BusinessSelect Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $1,823.95 |
| Deposits and Additions | 38 | 6,619.23 |
| Checks Paid | 25 | - 5,577.74 |
| Electronic Withdrawals | 1 | - 106.61 |
| Fees and Other Withdrawals | 1 | - 17.00 |
| Ending Balance | 65 | $2,741.83 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/01 | Deposit | $400.00 |
| 08/01 | Hrtland Pmt Sys Txns/Fees 650000003452060 CCD ID: 1223755714 | 37.89 |
| 08/02 | Deposit | 733.22 |
| 08/02 | Hrtland Pmt Sys Txns/Fees 650000003452060 CCD ID: 1223755714 | 66.86 |
| 08/02 | Hrtland Pmt Sys Txns/Fees 650000003452060 CCD ID: 1223755714 | 33.28 |
| 08/02 | Hrtland Pmt Sys Txns/Fees 650000003452060 CCD ID: 1223755714 | 19.49 |
| 08/03 | Hrtland Pmt Sys Txns/Fees 650000003452060 CCD ID: 1223755714 | 74.70 |
| 08/05 | Deposit | 316.00 |
| 08/05 | Hrtland Pmt Sys Txns/Fees 650000003452060 CCD ID: 1223755714 | 16.45 |
| 08/08 | Hrtland Pmt Sys Txns/Fees 650000003452060 CCD ID: 1223755714 | 19.04 |
| 08/09 | Deposit | 750.00 |
| 08/09 | Hrtland Pmt Sys Txns/Fees 650000003452060 CCD ID: 1223755714 | 35.18 |
| 08/09 | Hrtland Pmt Sys Txns/Fees 650000003452060 CCD ID: 1223755714 | 19.48 |
| 08/10 | Hrtland Pmt Sys Txns/Fees 650000003452060 CCD ID: 1223755714 | 21.65 |
| 08/12 | Hrtland Pmt Sys Txns/Fees 650000003452060 CCD ID: 1223755714 | 76.62 |
| 08/15 | Deposit | 836.00 |
| 08/15 | Deposit | 301.64 |
| 08/15 | Hrtland Pmt Sys Txns/Fees 650000003452060 CCD ID: 1223755714 | 109.28 |
| 08/16 | Hrtland Pmt Sys Txns/Fees 650000003452060 CCD ID: 1223755714 | 68.16 |
| 08/16 | Hrtland Pmt Sys Txns/Fees 650000003452060 CCD ID: 1223755714 | 51.96 |

# CHASE

July 30, 2011 through August 31, 2011
Account Number: 000000949088967

## BALANCING YOUR CHECKBOOK

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:     Step 1 Balance: $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total: $_____

3. Add Step 2 Total to Step 1 Balance.     Step 3 Total: $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

Step 4 Total: -$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance: $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
* Your name and account number
* The dollar amount of the suspected error
* A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



JPMorgan Chase Bank, N.A. Member FDIC



CHASE ❍

July 30, 2011 through August 31, 2011
Account Number: 000000949088967

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/16 | Hrtland Pmt Sys Txns/Fees 650000003452060 CCD ID: 1223755714 | 45.47 |
| 08/17 | Hrtland Pmt Sys Txns/Fees 650000003452060 CCD ID: 1223755714 | 27.33 |
| 08/18 | Hrtland Pmt Sys Txns/Fees 650000003452060 CCD ID: 1223755714 | 15.15 |
| 08/19 | Deposit | 699.00 |
| 08/19 | Deposit | 204.33 |
| 08/19 | Deposit | 152.65 |
| 08/19 | Hrtland Pmt Sys Txns/Fees 650000003452060 CCD ID: 1223755714 | 44.38 |
| 08/22 | Hrtland Pmt Sys Txns/Fees 650000003452060 CCD ID: 1223755714 | 70.36 |
| 08/23 | Hrtland Pmt Sys Txns/Fees 650000003452060 CCD ID: 1223755714 | 62.39 |
| 08/23 | Hrtland Pmt Sys Txns/Fees 650000003452060 CCD ID: 1223755714 | 46.93 |
| 08/23 | Hrtland Pmt Sys Txns/Fees 650000003452060 CCD ID: 1223755714 | 34.64 |
| 08/24 | Hrtland Pmt Sys Txns/Fees 650000003452060 CCD ID: 1223755714 | 33.29 |
| 08/25 | Deposit | 305.85 |
| 08/25 | Hrtland Pmt Sys Txns/Fees 650000003452060 CCD ID: 1223755714 | 134.77 |
| 08/26 | Hrtland Pmt Sys Txns/Fees 650000003452060 CCD ID: 1223755714 | 0.01 |
| 08/30 | Deposit | 690.34 |
| 08/30 | Hrtland Pmt Sys Txns/Fees 650000003452060 CCD ID: 1223755714 | 28.42 |
| 08/31 | Hrtland Pmt Sys Txns/Fees 650000003452060 CCD ID: 1223755714 | 37.02 |
| **Total Deposits and Additions** | | **$6,619.23** |



## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1088 ^ | | 08/01 | $600.24 |
| 1090 *^ | 08/02 | 08/02 | 212.65 |
| 1091 ^ | | 08/02 | 233.25 |
| 1092 ^ | 08/06 | 08/08 | 82.65 |
| 1093 ^ | | 08/08 | 395.70 |
| 1094 ^ | | 08/09 | 232.50 |
| 1095 ^ | 08/08 | 08/08 | 224.75 |
| 1097 *^ | 08/08 | 08/08 | 75.40 |
| 1098 ^ | | 08/09 | 80.78 |
| 1099 ^ | | 08/16 | 225.00 |
| 1100 ^ | | 08/08 | 50.00 |
| 1101 ^ | 08/16 | 08/16 | 264.62 |
| 1102 ^ | 08/15 | 08/15 | 39.87 |
| 1103 ^ | | 08/16 | 296.01 |
| 1104 ^ | | 08/23 | 225.00 |
| 1106 *^ | 08/22 | 08/22 | 87.00 |
| 1107 ^ | 08/22 | 08/22 | 197.50 |
| 1108 ^ | | 08/23 | 103.00 |
| 1109 ^ | | 08/25 | 636.37 |

# CHASE ◯

July 30, 2011 through August 31, 2011
Account Number: 000000949088967

## CHECKS PAID (continued)

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1111 *^ | 08/22 | 08/22 | 140.40 |
| 1112 ^ | | 08/26 | 500.00 |
| 1113 ^ | | 08/30 | 225.00 |
| 1114 ^ | 08/29 | 08/29 | 218.58 |
| 1115 ^ | 08/29 | 08/29 | 83.01 |
| 1117 *^ | | 08/30 | 148.46 |
| **Total Checks Paid** | | | **$5,577.74** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/02 | Hrtland Pmt Sys Txns/Fees 650000003452060 CCD ID: 1223755714 | $106.61 |
| **Total Electronic Withdrawals** | | **$106.61** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/31 | Service Fee | $17.00 |
| **Total Fees & Other Withdrawals** | | **$17.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 08/01 | $1,661.60 | 08/18 | 2,778.77 |
| 08/02 | 1,961.94 | 08/19 | 3,879.13 |
| 08/03 | 2,036.64 | 08/22 | 3,524.59 |
| 08/05 | 2,369.09 | 08/23 | 3,340.55 |
| 08/08 | 1,559.63 | 08/24 | 3,373.84 |
| 08/09 | 2,051.01 | 08/25 | 3,178.09 |
| 08/10 | 2,072.66 | 08/26 | 2,678.10 |
| 08/12 | 2,149.28 | 08/29 | 2,376.51 |
| 08/15 | 3,356.33 | 08/30 | 2,721.81 |
| 08/16 | 2,736.29 | 08/31 | 2,741.83 |
| 08/17 | 2,763.62 | | |